ALBANY,
August, 1808.

Young
v.
Hubbell &
Root.

*Where no exception is made to the form of the oath administered by a justice, at the time of trial, it cannot afterwards be alleged for error.*

## Brownell *against* Slocum.

ON *certiorari.* The error assigned on the return of the *certiorari* in this cause, was, that the oath administered to the only witness sworn in the cause, did not correspond with the form required by the act. No objections were raised at the time, to the form in which the oath was administered.

*D. Shepherd*, for the plaintiff in error.

*Allen*, contra.

*Per Curiam.* By the 16th section of the act of the last session, (*Sess.* 31. ch. 204.) it is provided, that no omission or misrecital of any oaths prescribed by the act, in the return of any justice to a *certiorari*, shall be assigned for error, unless it be alleged in the affidavit, on which such *certiorari* issued, that exception was made to the form of the oath administered at the trial. The judgment below must be affirmed.

Judgment affirmed.

## Young *against* Hubbell and Root.

*Where a cause has been once submitted to a jury by a justice, he cannot afterwards take it from the jury, and nonsuit the plaintiff.*

ON *certiorari.* After the cause below had been submitted to the jury on a question of fact, and evidence given on both sides, the justice took the cause from the jury, and nonsuited the plaintiff.

*Per Curiam.* After the cause had gone to the jury, it ought to have been decided by them. The justice had no right to interfere, and prevent their verdict. The judgment must be reversed.

Judgment reversed.